ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
Cirrilo Gutierrez-Garcia

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:11-cr-00305 AWI |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| CIRRILO GUTIERREZ-GARCIA, | ) |
| Defendant. | ) |

Defendant, Cirrilo Gutierrez-Garcia, by and through his attorney of record, Anthony P. Capozzi, and the United States Attorney by and through Karen A. Escobar stipulates that the Status Conference in the above-entitled case set for March 5, 2012 at 10:00 a.m. be continued to March 12, 2012 at 10:00 a.m.

///

///

///

Additional time is needed for plea discussions between the parties. Time has been excluded.

DATED: March 01, 2012               Respectfully submitted,


                                    /s/Anthony P. Capozzi
                                    Anthony P. Capozzi
                                    Attorney for Defendant

                                    /s/Karen A. Escobar
                                    Karen A. Escobar
                                    Attorney for United States

**ORDER**

IT IS SO ORDERED.

Dated:  March 1, 2012              _____
                                   CHIEF UNITED STATES DISTRICT JUDGE

- 2 -
Stipulation and Order to Continue Status Conference
CASE NO.: 1:11-CR-00305 AWI