1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   ANDRES MUNOZ-VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-00305 AWI |
| *Plaintiff*, | STIPULATION RE COMPETENCY TO STAND TRIAL (18 U.S.C. § 4241(d)); ORDER |
| v. | |
| ANDRES MUNOZ-VILLA, | |
| *Defendant.* | |

Based on the psychiatric examination and report of Dr. Claudia Cerda, it appears pursuant to 18 U.S.C. §§ 4241(d) that there is reasonable cause to believe that Mr. Munoz-Villa is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Pursuant to 18 U.S.C. § 4241(d)(1), the parties request the court commit the defendant to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

At the end of the four month period, the director of the facility will certify that Mr. Munoz-Villa has attained the capacity to permit the trial to proceed or that his condition has not so improved as to permit the trial to proceed pursuant to 18 U.S.C. § 4241, and the court shall hold a hearing pursuant to the provisions

of 18 U.S.C. §4247 (d). All time will be excluded in computing the time within which the trial of Defendant's current offense must commence pursuant to 18 U.S.C. §§ 3161(h)(1)(A) & (h)(4).

        BENJAMIN B. WAGNER
        United States Attorney

Dated: April 26, 2012         */s/ Karen Ann Escobar*
        KAREN ANN ESCOBAR
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

Dated: April 26, 2012         */s/ Peggy Sasso*
        PEGGY SASSO
        Assistant Federal Defender
        Attorney for Defendant
        Andres Munoz-Villa

**ORDER**

IT IS SO ORDERED.

Dated: April 26, 2012         _____
        CHIEF UNITED STATES DISTRICT JUDGE