| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, #87692 |
| | Acting Federal Defender |
| 2 | PEGGY SASSO, CA Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | ANDRES MUNOZ-VILLA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:11-cr-0305 AWI |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO ADVANCE CHANGE OF |
| v. | ) PLEA HEARING; ORDER |
| | ) |
| ANDRES MUNOZ-VILLA, | ) Date: January 28, 2013 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Andres Munoz-Villa, that the status conference currently set for February 19, 2013 at 10:00 a.m., **may be advanced and rescheduled to January 28, 2013, at 10:00 a.m for a change of plea hearing.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea January 28, 2013.

///

///

///

///

|   |   |   |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| | Dated: January 23, 2013 | */s/* Karen A. Escobar<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| | Dated: January 23, 2013 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANDRES MUNOZ-VILLA |

**ORDER**

IT IS SO ORDERED.

Dated: January 24, 2013

_____
SENIOR DISTRICT JUDGE